IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBRA ORTIZ, | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
| v. | : | NO. |
| | : | |
| STELLAR RECOVERY, INC., | : | |
|     Defendant | : | JURY TRIAL DEMANDED |

**NOTICE OF REMOVAL**

Defendant STELLAR RECOVERY, INC. ("Stellar"), by its undersigned counsel, hereby petitions this Court as follows, pursuant to 28 U.S.C. § 1441(a):

1. Stellar is a defendant in an action pending in the Commonwealth of Pennsylvania, Court of Common Pleas of Lackawanna County, Civil Action, Case No. 12-CV-328 ("the State Court Action"). A true and correct copy of the Complaint in the State Court Action is attached hereto as Exhibit "A".

2. Plaintiff in the State Court Action is DEBRA ORTIZ ("plaintiff"). See Exhibit "A".

3. Plaintiff's State Court Action alleges violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692, et seq.

4. The State Court Action involves a question of federal law. Pursuant to 28 U.S.C. § 1331, "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

5. Pursuant to 28 U.S.C. § 1441(a), "[a]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

6. Since this case arises out of an alleged violation of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692, et seq., this Court may properly remove the State Court Action based on 28 U.S.C. § 1441(a).

7. This Notice has been filed with the Court within thirty (30) days after purported service of the Complaint on Stellar.

WHEREFORE, defendant STELLAR RECOVERY, INC., prays that the State Court Action be removed from the Commonwealth of Pennsylvania, Court of Common Pleas of Lackawanna County, Civil Action, Case No. 12-CV-328, to this Court for proper and just determination.

FINEMAN KREKSTEIN & HARRIS, P.C.

By /S/ Richard J. Perr
RICHARD J. PERR, ESQUIRE
BNY Mellon Center, Suite 600
1735 Market Street
Philadelphia, PA 19103-7513
(v) 215-893-9300; (f) 215-893-8719
e-mail: rperr@finemanlawfirm.com
Attorneys for Defendant Stellar Recovery, Inc.

Dated: February 10, 2012

## CERTIFICATE OF SERVICE

I, RICHARD J. PERR, ESQUIRE, hereby certify that on or about this date, I served a true and correct copy of the foregoing electronically, or by first class mail, postage prepaid, or telecopy on the following:

> Kristin Sabatini, Esquire
> Sabatini Law Firm, LLC
> 216 North Blakely Street
> Dunmore, PA  18512
> (v) 570-341-9000; (f) 570-504-2769
> ksecf@bankruptcypa.com
>     Attorneys for Plaintiff

_____/S/ Richard J. Perr_____
RICHARD J. PERR, ESQUIRE

Dated:  _____February 10, 2012____